JS6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>VAROOJ ARAKELIAN<br><br>*Defendant*. | Civil Action No.: 2:22-cv-09443-RGK-AGR<br><br>Honorable R. Gary Klausner, United States District Judge<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE [26] |

Having considered the Joint Stipulation of Dismissal filed by Plaintiff Transamerica Life Insurance Company ("Transamerica") and Defendant Varooj Arakelian ("Arakelian") (collectively, "the Parties"), this action is hereby DISMISSED, WITHOUT PREJUDICE.

All dates pending on this Court's calendar are vacated.

IT IS SO ORDERED.

Dated: 4/20/2023

_____
Honorable R. Gary Klausner
United States District Judge